UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-05882-SPG-BFM | Date | November 4, 2025 |
| Title | Michael Harris v. Landscape Warehouse III, Inc. et al. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) NOTICE OF DISMISSAL (JS-6)

Plaintiff Michael Harris ("Plaintiff") filed a Notice of Voluntary Dismissal, (ECF No. 24), which is effective to close the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The case is therefore closed. (JS-6). Accordingly, all pending dates are vacated and taken off calendar.

                                                                                                                            _____ : _____

Initials of Preparer    pg